**CGFD28** (9/19/08)

**ORDERED in the Southern District of Florida on January 24, 2011**

**Paul G Hyman Jr**
Chief United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 10−41292−PGH**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jennifer Lee Pagano
1798 SE North Buttonwood Dr
Port Saint Lucie, FL 34952

SSN: xxx−xx−2519

# FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.